UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19 CR 152 |
|---|---|---|
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JOSE BOX-COZ, | ) | |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Jose Box-Coz, which was referred to the Magistrate Judge with the consent of the parties.

On March 13, 2019, the government filed a one count Indictment, charging Defendant Jose Box-Coz with Illegal Reentry, in violation of Title 8 U.S.C. § 1326. Defendant Box-Coz was arraigned on March 19, 2019, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Ruiz. On May 1, 2019, Magistrate Judge Ruiz, received Defendant Box-Coz's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Box-Coz is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the

plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Box-Coz is adjudged guilty to Count 1 of the Indictment, in violation of Title 8 U.S.C. § 1326, Illegal Reentry. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Expedited sentencing will take place on June 28, 2019, at 3:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 23, 2019